**Noble J. GREGORY, Appellant,**

v.

**Frank A. STUBBLEFIELD, Appellee.**

Court of Appeals of Kentucky.

Sept. 19, 1958.

MOREMEN, Chief Justice.

This cause having been heard in oral argument and having been considered on briefs, it is now ordered that the judgment herein is affirmed.

An opinion expressing the views of the Court will be rendered later.

SIMS, J., did not sit.